**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 ASHLEY DIAZ,

                              Plaintiff,

         -against-                                              26 **CIVIL** 0072 (JSR)

                                                                **JUDGMENT**

REVE DIAMONDS US LLC and TAL
COHEN,

                              Defendants.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Order dated April 15, 2026, the Defendants' motion to

dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

      April 15, 2026

                                              TAMMI M. HELLWIG
                                    _____
                                              Clerk of Court

                              BY:

                                    _____
                                              Deputy Clerk